

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KENNY WILLIAMS

VS

WARDEN, LA STATE PENITENTIARY

CIVIL NO. 6:04CV2550
JUDGE MELANÇON
MAG. JUDGE HILL

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

\_\_\_ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

\_\_\_ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

unsigned

Signed at Lafayette, Louisiana, this _____ day of _____, 2005

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE